IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

ASHLEY SUMMERS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

ELECTRIC SERVICE CREDIT UNION,

Defendant.

Case No. 3:13-cv-00772
JUDGE HAYNES
JURY DEMAND

## [PROPOSED] ORDER

AND NOW this 1st day of November, 2013, upon consideration of the parties' Joint Motion to Continue Pending Consummation of Settlement, it is HEREBY ORDERED that said motion is GRANTED, and all deadlines in this matter, including but not limited to the case management conference currently set for November 4, 2013 are continued for thirty (30) days.

_____
J. Haynes